AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| BRAD RUDOLPH ROSSMAN ) | Case No. |
| a.k.a BRUD ROSSMAN ) | |
| PDID: xxx-xxx-DOB: xx/xx/xx ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 12, 2015   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | knowingly and willfully did transmit in interstate commerce a communication (that is an electronic mail (also known as an "e-mail") sent through the Internet) to Anwar Graves, and the communication contained a threat to injure Anwar Graves, specifically to kill him and knowingly and willfully did transmit in interstate commerce a communication (that is an electronic mail (also known as an "e-mail") sent through the Internet) to Truman Morrison, and the communication contained a threat to injure Truman Morrison, specifically to kill him. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin Spencer, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   02/13/2015

*Judge's signature*

City and state:   Washington, D.C.   Alan Kay, Magistrate Judge
*Printed name and title*