# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT AND STATEMENT OF FACTS IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kevin Spencer (hereinafter "affiant"), am a Deputy United States Marshal in Washington, D.C.  Your affiant submits this sworn affidavit in support of an arrest warrant for Brad Rudolph Rossman (also known as "Brad Rossmann," also known as "Brud Rossman," DOB xx/xx/xxxx; PDID xxx-xxx) (hereinafter "D-1"), and as a sworn statement of facts in support of a Criminal Complaint, for Transmitting Threats in Interstate Commerce, in violation of 18 U.S.C. § 875(c).

D-1 is a defendant in a criminal case in the Superior Court for the District of Columbia, Docket No. 2014CMD019054, in which he is charged with one misdemeanor count of Threats to Do Bodily Harm, in violation of 22 D.C. Code § 407 (2001 ed.).  Anwar Graves ("C-1") is an Assistant United States Attorney for the District of Columbia ("AUSA") and is currently assigned to the case.  The case is on the "Senior Judge's Calendar" in the Superior Court for the District of Columbia, and is currently specially assigned for the purposes of trial to the Honorable Truman Morrison ("C-2").  Trial is scheduled for April 9, 2015.  D-1 is currently on pre-trial release in the case.

On February 12, 2015, D-1 sent an email to C-1 and others with a subject line captioned "Re: Lawful KILL Notice - Harvard Law School graduate Brud Rossmann's New Notice as Petition, notice of intent to lawfully KILL certain natural person individuals given Network Forensic data, other evidenced, proving past and sufficiently likely future attempted murders of me, Brud Rossman, unlawful threats to National Security interests, and lawful under common law self-defesne, unsolicited, referenced 'National Security Council', 'CIA, FBI, NSA', otherwise proven IRS, Marine Corps, other DOD authorities, and other evidence of current U.S.

Presidential involvement – renewed Notice of Intent to Defend to include lawful, potentially LETHAL counter-measure[.]" The substance of the email contained hundreds of pages of attachments and several statements of intent to kill various individuals. In response to D-1's email, C-1, at the direction of supervisors, filed an Emergency Motion for Bond Review with the court. AUSA Graves sent a copy of the motion via email to the defendant, who is representing himself as pro se counsel.

On February 13, 2015, at 12:02 p.m., C-1 received another email from D-1, responding the email in which C-1 had attached his motion. In this email, D-1 stated, among other things, "If you are an access [sic] to this attempted murder, I will kill you under common law self-defense or other legal authorities known to the government and cited in 2002, designating me a 'National Security Asset, similar, and under authorities of the 'National Security Council', 'CIA, FBI, NSA', other authorities . . . . If Morrison grants this motion and orders bond, false imprisonment, and acts as an accessory to otherwise proven murder, I will KILL him in self defense [sic], and under other authorities . . . . You better be right, Graves, because if I survive this, and you visit any physical violence on me that you know is unlawful, I will KILL you lawfully." D-1 identified himself in this email, sending it from brossmann1@gmail.com and signing it as "Brad Rossmann, Esquire, Washington, D.C."

On February 13, 2015, at 2:08 p.m., C-1 received another email from D-1, who used the same email address of brossmann1@gmail.com, in which D-1 stated, among other things, "When I kil [sic] then, lawful, I will smile for the first time :)[.]"

On February 13, 2015, at 2:11 p.m., C-1 received another email from D-1, who used the same email address of brossmann1@gmail.com, in which D-1 stated, among other things, "In the

meanwhile, I will plan and source funds to KILL you lawfully, dirtbag Satanic types;)[.]  Good luc [sic][.]"

Your affiant asserts that the facts contained within this affidavit establish probable cause to believe D-1, Brad Rudolph Rossman, also known as "Brad Rossmann," also known as "Brud Rossman," is guilty of Transmitting Threats in Interstate Commerce, in violation of 18 U.S.C. § 875(c), by transmitting in interstate commerce a communication containing a threat to injure the person of another, that being C-1, AUSA Anwar Graves, and C-2, the Honorable Truman Morrison.  Therefore, your affiant respectfully requests an arrest warrant and Criminal Complaint be issued for him, charging him with that offense.

 

_____
Kevin Spencer, Deputy United States Marshal


Sworn and subscribed to before me this 13th day of February, 2015.

_____
United States Magistrate Judge