UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:15MJ0084 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 875(c) (Unlawful Threats |
| BRAD RUDOLPH ROSSMAN, | : | in Interstate Commerce) |
| | : | 22 D.C. Code § 407, 1803 |
| | : | (Attempted Threats) |

Case: 1:15-cr-00040       nt.
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 3/25/2015
Description: INFORMATION (A)

**CRIMINAL INFORMATION**

**FILED**
MAR 2 5 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

Between February 12, 2015 and February 13, 2015, in the District of Columbia and elsewhere, the defendant, Brad Rudolph Rossman, unlawfully transmitted in interstate commerce communications containing threats to injure the person of Anwar Graves.

(In violation of Title 18, United States Code, Section 875(c))

## COUNT TWO

Between February 12, 2015 and February 13, 2015, within the District of Columbia, Brad Rudolph Rossman attempted to make threats to do bodily harm to Anwar Graves.

(In violation of 22 D.C. Code, Sections 407, 1803.)

Dana J. Boente
United States Attorney
Eastern District of Virginia

By: _____
Patricia Haynes 49038
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22308